IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

Miguel Adrian Adams
Joedell Robert Perkins ,

(Enter the full name of the plaintiff.)(s)

v.

Case No. CIV-21-297-HE

(Court Clerk will insert case number)

(1) The Geo Group Inc ,

(2) Mr. Bowen (Warden) ,

(3) Lawton Correctional Facility (Staff)

(Enter the full name of each defendant. Attach additional sheets as necessary.)

**FILED**

APR 0 5 2021

CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____,DEPUTY

## PRO SE PRISONER CIVIL RIGHTS COMPLAINT

Initial Instructions

1. You must type or legibly handwrite the Complaint, and you must answer all questions concisely and in the proper space. Where more space is needed to answer any question, you may attach a separate sheet.

2. You must provide a full name for each defendant and describe where that defendant resides or can be located.

3. You must send the original complaint and one copy to the Clerk of the District Court.

4. You must pay an initial fee of $400 (including a $350 filing fee and a $50 administrative fee). The complaint will not be considered filed until the Clerk receives the $400 fee or you are granted permission to proceed *in forma pauperis*.

5. If you cannot prepay the $400 fee, you may request permission to proceed *in forma pauperis* in accordance with the procedures set forth in the Court's form application to proceed *in forma pauperis*. *See* 28 U.S.C. § 1915; Local Civil Rule 3.3.

Rev. 10/20/2015

- If the court grants your request, the $50 administrative fee will not be assessed and your total filing fee will be $350.

- You will be required to make an initial partial payment, which the court will calculate, and then prison officials will deduct the remaining balance from your prison accounts over time.

- These deductions will be made until the entire $350 filing fee is paid, **regardless of how the court decides your case.**

7. The Court will review your complaint before deciding whether to authorize service of process on the defendants. *See* 28 U.S.C. §§ 1915(e)(2), 1915A; 42 U.S.C. § 1997e(c)(1). If the Court grants such permission, the Clerk will send you the necessary instructions and forms.

8. If you have been granted permission to proceed *in forma pauperis*, the United States Marshals Service will be authorized to serve the defendants based on information you provide. If you have not been granted permission to proceed *in forma pauperis*, you will be responsible for service of a separate summons and copy of the complaint on each defendant in accordance with Rule 4 of the Federal Rules of Civil Procedure.

## COMPLAINT

**I.     Jurisdiction is asserted pursuant to:**

X   42 U.S.C. § 1983 and 28 U.S.C. § 1343(a)(3) (NOTE: these provisions generally apply to state prisoners), or

___ *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971), and 28 U.S.C. § 1331 (NOTE: these provisions generally apply to federal prisoners)

If you want to assert jurisdiction under different or additional statutes, list these below: _____

_____

_____

_____

Rev. 10/20/2015

II. **State whether you are a:**

   _X_ Convicted and sentenced state prisoner

   ___ Convicted and sentenced federal prisoner

   ___ Pretrial detainee

   ___ Immigration detainee

   ___ Civilly committed detainee

   ___ Other (please explain) _____

III. **Previous Federal Civil Actions or Appeals**

   List each civil action or appeal you have brought in a federal court while you were incarcerated or detained in any facility.

   1. Prior Civil Action/Appeal No. 1

      a. Parties to previous lawsuit:

         Plaintiff(s): Miguel Adrian Adams

         Defendant(s): Michal Eccles, Kelsey Knight, Rick Whitten, Everett Shea,

      b. Court and docket number: _____

      c. Approximate date of filing: _____

      d. Issues raised: Cruel and Unusall Punishment, Sexual Harassment, Racial Discremanation, Abuse of Authority, Defamation of Character.

      e. Disposition (for example: Did you win? Was the case dismissed? Was summary judgment entered against you? Is the case still pending? Did you appeal?): Pending

      f. Approximate date of disposition: _____

   If there is more than one civil action or appeal, describe the additional civil actions or appeals using this same format on a separate sheet(s).

Rev. 10/20/2015

## IV.  Parties to Current Lawsuit

State information about yourself and each person or company listed as a defendant in the caption (the heading) of this complaint.

1. Plaintiff(s)

    Name and any aliases: Miguel Adrian Adams  9A-210

    Address: 8607 SE Flower Mound Rd. Lawton, OK. 73501

    Inmate No.: 270179

2. Defendant No. 1

    Name and official position: The Geo Group Inc.

    (Owner)

    Place of employment and/or residence: 8607 SE Flower Mound Rd

    Lawton, Oklahoma. 73501

    How is this person sued?  ( ) official capacity, ( ) individual capacity, (X) both

3. Defendant No. 2

    Name and official position: Mr. Bowen (Warden)

    Place of employment and/or residence: 8607 SE Flower Mound Rd

    Lawton, Oklahoma. 73501

    How is this person sued?  ( ) official capacity, ( ) individual capacity, (X) both

If there are more than two defendants, describe the additional defendants using this same format on a separate sheet(s).

## V.     Cause of Action

### Instructions

1. *Provide a short and plain statement of each claim.*
   - Describe the facts that are the basis for your claim.
   - You can generally only sue defendants who were directly involved in harming you. Describe how each defendant violated your rights, giving dates and places.
   - Explain how you were hurt and the extent of your injuries.

2. *You are not required to cite case law.*
   - Describe the constitutional or statutory rights you believe the defendant(s) violated.
   - At this stage in the proceedings, you do not need to cite or discuss any case law.

3. *You are not required to attach exhibits.*
   - If you do attach exhibits, you should refer to the exhibits in the statement of your claim and explain why you included them.

4. *Be aware of the requirement that you exhaust prison grievance procedures **before** filing your lawsuit.*
   - If the evidence shows that you did not fully comply with an available prison grievance process prior to filing this lawsuit, the court may dismiss the unexhausted claim(s) or grant judgment against you. *See* 42 U.S.C. § 1997e(a).
   - Every claim you raise must be exhausted in the appropriate manner.

5. *Be aware of any statute of limitations.*
   - If you are suing about events that happened in the past, your case may be subject to dismissal under the statute of limitations. For example, for many civil rights claims, an action must be brought within two years from the date when the plaintiff knew or had reason to know of the injury that is the basis for the claim.

6. *Do not include claims relating to your criminal conviction or to prison disciplinary proceedings that resulted in loss of good time credits.*

- If a ruling in your favor "would necessarily imply the invalidity" of a criminal conviction or prison disciplinary punishment affecting the time served, then you cannot make these claims in a civil rights complaint unless you have already had the conviction or prison disciplinary proceeding invalidated, for example through a habeas proceeding.

## Claims

List the federal right(s) that you believe have been violated, and describe what happened. Each alleged violation of a federal right should be listed separately as its own claim.

1. **Claim 1:**

    (1) List the right that you believe was violated:

    Cruel And Unusal Punishment

    (2) List the defendant(s) to this claim: (If you have sued more than one defendant, specify each person or entity that is a defendant for this particular claim.)

    The Geo Group Inc.

    Lawton Correctional Facility (staff)

    Mr. Bowen (Warden)

(3) List the supporting facts:

Plaintiff arrived at Lawton Correctional Facility and told staff that he is no longer affiliated in a gang and that it was a green light on him and that the person who molested his child is here. They put the Plaintiffs' life in danger, demoted him to level one, w/misconduct

(4) Relief requested: (State briefly exactly what you want the court to do for you.)

We the Plaintiff are requesting from each defendant (1,500,000) one point five million dollars each with the exception of the Geo Group Inc. request (5,000,000) five million dollars from this defendant

2. **Claim II:**

   (1) List the right that you believe was violated:

   _____

   (2) List the defendant(s) to this claim: (If you have sued more than one defendant, specify each person or entity that is a defendant for this particular claim.)

   _____

    (3)    List the supporting facts:

_____
_____
_____
_____
_____

    (4)    Relief requested: (State briefly exactly what you want the court to do for you.)

_____
_____
_____
_____

If there are more than two claims that you wish to assert, describe the additional claims using this same format on a separate sheet(s).

## VI. Declarations

I declare under penalty of perjury that the foregoing is true and correct.

_Miguel Adams_             4-2-21
Plaintiff's signature                         Date

I further declare under penalty of perjury that I placed this complaint in the prison's legal mail system, with the correct postage attached, on the __2__ day of __April__, 20_21_.

_Miguel Adams_             4-2-21
Plaintiff's signature                         Date

Rev. 10/20/2015

Defendant

(4) Ms. Miniyard Contract monitor (DOC)

4. Defendant No. 3

   Name and official position: Lawton Corrections Facility Staff

   Place of employment and/or residence: 8607 SE Flower Mound Rd

   Lawton, OK 73501

   How is this person sued? ( ) official capacity, ( ) individual capacity, (X) both

5. Defendant No. 4

   Name and official position: Ms. Miniyard Contract Monitor

   Place of employment and/or residence: 8607 SE Flower Mound Rd

   Lawton, OK 73501 or Oklahoma Department of Corrections 3400 Martin Luther King Avenue P.O. Box 11400 Oklahoma City OK. 73136.

   How is this person sued? ( ) official capacity, ( ) individual capacity, (X) both

IV. Parties to Current Lawsuit
Plaintiff

6. Name and any aliases: Joedell Robert Perkins

Address: 8607 SE Flower Mound Rd. Lawton, OK. 73501

Inmate No: 253681

VI. Declarations

I declare under penalty of perjury that the foregoing is true and correct.

_____                    4-2-21
Plaintiff's signature                                 Date

I further declare under penalty of perjury that I witness my cell mate / Plaintiff Miguel Adams placed this complaint in the prison's legal mail system with the correct postage attached, on the 2 day of April, 20 21.

_____                    4-2-21
Plaintiff's signature                                 Date